UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK
INGRID CAMPBELL
CHIEF DEPUTY CLERK

259 ROBERT J. DOLE
COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

Kansas City, Kansas

January 6, 2021

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

Wyandotte County District Court
701 N. 7th Street
Kansas City, KS 66101

RE: Cummings v NYMT Loan Financing Trust et al
Our Case Number: 20-cv-02664-JAR-JPO
Your Case Number: 2020CV097

Dear Clerk:

Please find enclosed a certified copy of the Order remanding the above captioned case to your court. Also enclosed is an attested copy of our docket sheet.

Sincerely,

Timothy M. O'Brien, Clerk

By: s/ C. Abraham, Deputy Clerk
US. District Court for the District of Kansas


Enclosures